OMB No. 1513-0020 (01/31/2009)

| FOR TTB USE ONLY | DEPARTMENT OF THE TREASURY |
|---|---|
| TTB ID<br>11341001000408 | ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |

| 1. REP. ID. NO. (If any) | CT | OR |
|---|---|---|
|  | 951 | 69 |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. (Required)<br>NY-I-1059 | 3. SOURCE OF PRODUCT (Required)<br>☐ Domestic<br>☑ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL (Required)<br><br>SAPPORO U.S.A., INC.<br>11 E 44TH ST, SUITE 705<br><br>NEW YORK NY 10017 |
|---|---|---|
| 4. SERIAL NUMBER (Required)<br>11016S | 5. TYPE OF PRODUCT (Required)<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |

| 6. BRAND NAME (Required)<br>SAPPORO | 8a. MAILING ADDRESS, IF DIFFERENT |
|---|---|
| 7. FANCIFUL NAME (If any) | |

| 9. EMAIL ADDRESS<br>MAYA@SAPPOROUSA.COM | 10. GRAPE VARIETAL(S) (If any) | 11. FORMULA | 18. TYPE OF APPLICATION (Check applicable box(es))<br><br>a. ☑ CERTIFICATE OF LABEL APPROVAL<br>b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.)<br>c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE _____ (Fill in amount)<br>d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |
|---|---|---|---|
| 12. NET CONTENTS<br>15.5 GAL. (1/2 BBL) | 13. ALCOHOL CONTENT | 14. WINE APPELLATION IF ON LABEL | |
| 15. WINE VINTAGE DATE IF ON LABEL | 16. PHONE NUMBER<br>(212) 922-9165 | 17. FAX NUMBER<br>(212) 922-9576 | |

19. SHOW ANY WORDING (a) APPEARING ON MATERIALS FIRMLY AFFIXED TO THE CONTAINER (e.g., caps, celoseals, corks, etc.) OTHER THAN THE LABLES AFFIXED BELOW, OR (b) BLOWN, BRANDED OR EMBOSSED ON THE CONTAINER (e.g., net contents etc.). THIS WORDING MUST BE NOTED HERE EVEN IF IT DUPLICATES PORTIONS OF THE LABELS AFFIXED BELOW. ALSO, PROVIDE TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.
KEG COLLAR. SAPPORO MAY OR MAY NOT REPEAT ON CAP.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 20. DATE OF APPLICATION<br>12/07/2011 | 21. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 22. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>SEIJI UBUKATA |
|---|---|---|

## PART III - TTB CERTIFICATE

| 23. DATE ISSUED | 24. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|
| 12/14/2011 | *Kent B. Martin* (signature) |

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

## FOR TTB USE ONLY

**QUALIFICATIONS**

TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable.

A brewer who purchases or otherwise obtains kegs from another brewer shall permanently remove or durably cover the original marks or brands as per 27 CFR 25.144

**STATUS**

THE STATUS IS APPROVED.

**CLASS/TYPE DESCRIPTION**

BEER

**EXPIRATION DATE (If any)**

AFFIX COMPLETE SET OF LABELS BELOW

Image Type: Brand (front)
Actual Dimensions: 6.5 inches W X 6.5 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.

