**REESE LLP**
Michael R. Reese
*mreese@reesellp.com*
George V. Granade
*ggranade@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 646-0500
Facsimile: (212) 253-4272

**HALUNEN LAW**
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
Amy E. Boyle
*boyle@halunenlaw.com*
1650 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile:  (612) 605-4099

*Counsel for Plaintiff and the Proposed Class*

**McDERMOTT WILL & EMERY LLP**
Andrew B. Kratenstein
*akratenstein@mwe.com*
340 Madison Avenue
New York, New York  10173
Telephone:  (212) 547-5695
Facsimile:   (212) 547-5444

*Counsel for Defendant Sapporo U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTONIA BOWRING, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SAPPORO U.S.A., INC.,<br><br>Defendant. | No. 16-cv-01858-ILG-SMG<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

Plaintiff Antonia Bowring ("Plaintiff") and defendant Sapporo U.S.A., Inc. ("Defendant"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 21, 2016, Plaintiff filed her Amended Complaint (Am. Compl., ECF No. 21);

WHEREAS, on July 28, 2016, Defendant filed a Motion to Dismiss the Amended Complaint (Notice Def.'s Mot. Dismiss Am. Compl., ECF No. 22);

WHEREAS, Plaintiff's opposition is currently due on August 25, 2016 (Corrected Stip. re: Def.'s Mot. Dismiss Am. Compl., ECF No. 28);

WHEREAS, due to scheduling conflicts, Plaintiff's counsel needs additional time to file Plaintiff's opposition to the motion to dismiss;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agreed to the following briefing scheduling:

September 8, 2016    Plaintiff's Opposition to be filed; and

October 7, 2016    Defendant's Reply to be filed.

**AGREED TO BY THE FOLLOWING:**

Date: August 24, 2016    **REESE LLP**

  /s/ Michael R. Reese
Michael R. Reese
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500

- and -

**HALUNEN LAW**
Melissa W. Wolchansky
*wolchansky@halunenlaw.com*
80 South Eighth Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098

1

*Counsel for Plaintiff
and the Proposed Class*

**McDERMOTT WILL & EMERY LLP**

 /s/ Andrew B. Kratenstein
Andrew B. Kratenstein
*AKratenstein@mwe.com*
340 Madison Avenue
New York, New York  10173
Telephone: (212) 547-5695
Facsimile: (212) 547-5444

*Counsel for Defendant Sapporo U.S.A., Inc.*

SO ORDERED this ____ day of August, 2016.  _____
I. Leo Glasser
Senior United States District Judge